# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CAROLINA CEMBORAIN and OLGA HAUSER,**
Appellant,

v.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION,**
Appellee.

No. 4D19-114

[January 16, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE16-021734.

Wayne Kramer of Midler & Kramer, P.A., Fort Lauderdale, for appellant.

Adam Diaz and Roy A. Diaz of SHD Legal Group, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***